```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
FELIPE FERNANDEZ, on behalf of himself and all                         :
others similarly situated,                                             :
                                                                       :
                              Plaintiff,                               :
                                                                       :       24 Civ. 7242 (JPC)
          -v-                                                          :
                                                                       :              ORDER
THE BUFFALO BILLFOLD COMPANY,                                          :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 6, 2025, Defendant waived service of the Summons and Complaint in this action. Dkt. 8. Defendant's deadline to respond to the Complaint was therefore March 7, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until March 14, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by March 21, 2025.

SO ORDERED.

Dated: March 10, 2025
       New York, New York

                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge