UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
: 
FELIPE FERNANDEZ, *on behalf of himself and all* : 
*others similarly situated*, : 
: 
                                  Plaintiff, : 
: 
                    -v-                            :       24 Civ. 7242 (JPC)
: 
THE BUFFALO BILLFOLD COMPANY, :         ORDER
: 
                                Defendant. : 
: 
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court's March 17, 2025 Order, Dkt. 11, directed the parties to file a joint submission no later than one week prior to the initial pretrial conference in this matter. The initial pretrial conference in this matter is set for April 14, 2025, so the parties' deadline to submit the materials required in the March 17 Order was April 7, 2025. That deadline has passed and the docket does not reflect the entry of those materials. The Court extends *sua sponte* the parties' deadline to April 9, 2025.

      SO ORDERED.

Dated: April 8, 2025
       New York, New York

                                                 JOHN P. CRONAN
                                                 United States District Judge