

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
RAMI M. SALIM▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

April 9, 2025

**<u>Via CM/ECF</u>**
The Honorable John P. Cronan
United States District Court
Southern District of New York

      RE:    *Fernandez v. The Buffalo Billfold Company*
              Case No. 1:24-cv-07242-JPC

Dear Judge Cronan:

      I represent the plaintiff in the above matter and write to respectfully request that the conference scheduled for April 14, 2025, be adjourned. The offices for both Plaintiff's and Defendant's counsel will be closed on April 14, 2025 in observance of the Passover holiday. This is the first request for an adjournment of this conference.

      Counsel for defendant, The Buffalo Billfold Company, consents and joins in with the request for an adjournment.

      We thank Your Honor and the Court for its kind considerations and courtesies.

      Respectfully Submitted,

      <u>/s/ Rami Salim</u>
      Rami Salim, Esq.
      *Attorney for Plaintiff*

cc:    All Counsel of Record via ECF

The request is granted.  The initial pretrial conference currently scheduled for April 14, 2025 is adjourned to April 17, 2025 at 3:00 p.m.  The parties shall file the materials required by the Court's March 17, 2025 and April 8, 2025 Orders, Dkts. 11, 13, by the end of the day today, April 10, 2025.  Counsel is cautioned that future adjournment requests must be filed in compliance with the Court's Individual Civil Rule 3.B, which requires the party seeking an adjournment to include a proposed new date in the letter requesting an adjournment.  The Clerk of Court is respectfully directed to close Docket Number 14.

SO ORDERED.
Date: April 10, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge