UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- X
:
FELIPE FERNANDEZ, *on behalf of himself and all* :
*others similarly situated*, :
:
                              Plaintiff, :        24 Civ. 7242 (JPC)
:
        -v- :        <u>ORDER</u>
:
THE BUFFALO BILLFOLD COMPANY, :
:
                            Defendant. :
:
----------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

      On April 17, 2025, in its Civil Case Management Plan and Scheduling Order, the Court ordered the parties to submit a joint letter updating the Court on the status of the case by October 3, 2025. Dkt. 21 ("Scheduling Order"). The parties failed to submit this letter to the Court. It is hereby ordered that, within one week of the filing of this Order, either (1) the parties must file on ECF the joint letter described in the Scheduling Order or (2) each party must submit a letter, of no more than five pages, showing cause why sanctions should not be imposed in light of the parties' failure to comply with the Court's Scheduling Order.

      Any letter(s) submitted by the parties must also address why a mediation conference was not held, as ordered by the Court on April 17, 2025, Dkt. 20. *See* Dkt. 22.

      SO ORDERED.

Dated: October 6, 2025
       New York, New York                        JOHN P. CRONAN
                                                     United States District Judge