UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
FELIPE FERNANDEZ, *on behalf of himself and all* :
*others similarly situated*, :
:
                        Plaintiff, :        24 Civ. 7242 (JPC)
:
       -v-                              :        <u>ORDER</u>
:
THE BUFFALO BILLFOLD COMPANY, :
:
                        Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On October 13, 2025, the parties filed a joint letter stating that "Defendant intends on filing a post-discovery motion based on its contention that plaintiff lacks standing to pursue his claims." Dkt. 24. In response, the Court waived the parties' requirement under the Court's Individual Rules and Practices in Civil Cases to file pre-motion letters and ordered Defendant to file its motion for summary judgment and supporting papers by November 3, 2025. Dkt. 25. Defendant has failed to file its motion for summary judgment.

       It is hereby ordered that, by November 10, 2025, Defendant shall either file its motion for summary judgment and supporting papers or submit a letter advising that it no longer seeks to move for summary judgment. If Defendant proceeds with its motion, the parties shall confer about a new briefing schedule and Defendant shall submit a letter proposing that schedule.

       SO ORDERED.

Dated: November 5, 2025
       New York, New York                                _____
                                                       JOHN P. CRONAN
                                                       United States District Judge