

# STEIN | SAKS, PLLC

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
RAMI M. SALIM▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

December 23, 2025

**Via CM/ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York

> RE:   *Fernandez v. The Buffalo Billfold Company*
>        Case No. 1:24-cv-07242-JPC

Dear Judge Cronan:

The request is granted. Plaintiff's opposition is due January 7, 2026. Defendant's reply is due January 14, 2026. Parties are reminded that extension requests must be filed at least two business days before a deadline pursuant to Rule 3.B of the Court's Individual Rules and Practices in Civil Cases. The Clerk of Court is respectfully directed to close Docket Number 34.

SO ORDERED.
December 23, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

    Pursuant to the Memo Endorsement entered on November 20, 2024, Plaintiff's opposition to Defendant's Motion for Summary Judgment is due December 24, 2025. Plaintiff respectfully submits this request.

    Plaintiff requests a 2-week extension of Plaintiff's opposition due date extending the date to file the opposition to January 7, 2026, and thereafter extending Defendant's reply date to January 14, 2026. Plaintiff makes this request with the consent of Defendant.

    Thank you for your Honor's considerations.

Respectfully Submitted,

/s/ Rami Salim
Rami Salim, Esq.
*Attorney for Plaintiff*