**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

FELIPE FERNANDEZ,

Plaintiff,

24 **CIVIL** 7242 (JPC)

-against-

**JUDGMENT**

THE BUFFALO BILLFOLD COMPANY,

Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 19, 2026, the Court lacks subject matter jurisdiction over Fernandez's federal claims and declines to exercise supplemental jurisdiction over his city-law claims. All his claims therefore are dismissed without prejudice. Accordingly, judgment is entered in favor of defendant and the case is closed.

**Dated:** New York, New York

August 19, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**